1  JACQUELYNE M. NGUYEN, Bar no. 249658
   LAW OFFICES OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE "K"
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax: (949) 722-8416
4  Email: jackie@jacquelynenguyenlaw.com

5  Attorney for: Plaintiff

6                                          JS-6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     | No. CV 11-07477 DDP
12 |          Plaintiff,           |
13 |     vs.                       | CONSENT JUDGMENT
14 | STEPHEN H. BEECHER,           |
15 |          Defendant            |

16

17     Pursuant to the above stipulation of the parties,
   Judgment is hereby entered in favor of Plaintiff, UNITED
18
   STATES OF AMERICA, against Defendant, Stephen H. Beecher, in
19
   the principal amount of $37,108.83 plus interest accrued to
20
   March 14, 2013, in the sum of $73,220.82; with interest
21
   accruing thereafter at 9% annually until entry of judgment,
22
   for a total amount of  $**110,329.65**.
23

24
   DATED: May 08, 2013
25
                                    [signature]
26
                                    Judge Dean D. Pregerson
27                                  United States District Judge
28

                    Page 1